UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DELMONTE L. MILLER aka MONTY MILLER, DELMONTE'S INC. d/b/a DELMONTES SPORTS BAR & GRILL, MARK G. MILLER, and SCOTT F. MILLER<br><br>　　　　Defendant. | Case No.:　C08-5227 KLS<br><br>ORDER OF DISMISSAL |

NOW, THEREFORE, It is Ordered:

The above causes of action are dismissed with prejudice and without cost to either party.

DATED this 17th day of February, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL　　　　　1

**HUPPERT LAW FIRM, PLLC**
*ATTORNEY AND COUNSELOR AT LAW*
2722 Colby Avenue, Suite 535
Everett, Washington 98201
TEL: (425) 258-5400
FAX: (425) 258-5403